```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 37283
   SYDELL F HATCHETT
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-2495

------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 09/14/2005 and was confirmed 10/27/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  51.41% from remaining funds.

     The case was paid in full 09/18/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID            PAID
------------------------------------------------------------------------------
MARSHALL FIELDS             UNSECURED        2819.28            .00         1449.36
AMEX                        UNSECURED      NOT FILED            .00             .00
ECAST SETTLEMENT CORP       UNSECURED         951.00            .00          488.90
CHASE BANK ONE              UNSECURED      NOT FILED            .00             .00
CHICAGO MUNICIPAL EMPLOY    UNSECURED       12999.87            .00         6683.10
VISA                        UNSECURED      NOT FILED            .00             .00
RESURGENT ACQUISITION LL    UNSECURED        1787.89            .00          919.14
CITIFINANCIAL               UNSECURED      NOT FILED            .00             .00
ECAST SETTLEMENT CORP       UNSECURED        6065.58            .00         3118.25
DISCOVER FINANCIAL SERVI    UNSECURED        8084.38            .00         4156.10
RESURGENT ACQUISITION LL    UNSECURED        2299.77            .00         1182.29
ECAST SETTLEMENT CORP       UNSECURED        4661.12            .00         2396.24
RESURGENT ACQUISITION LL    UNSECURED OTH     896.71            .00          461.04
CHICAGO MUNICIPAL EMPLOY    UNSECURED       10368.82            .00         5330.51
RESURGENT ACQUISITION LL    UNSECURED        3036.68            .00         1561.13
ERNESTO D BORGES JR         DEBTOR ATTY     1,600.00                        1,600.00
TOM VAUGHN                  TRUSTEE                                         1,937.94
DEBTOR REFUND               REFUND                                              .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS         DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE              31,284.00

PRIORITY                                       .00
SECURED                                        .00
UNSECURED                                27,746.06
ADMINISTRATIVE                            1,600.00
TRUSTEE COMPENSATION                      1,937.94
DEBTOR REFUND                                  .00
                                       ---------------    ---------------

               PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 37283 SYDELL F HATCHETT
```

```
TOTALS                                    31,284.00             31,284.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                  /s/ Tom Vaughn
Dated: 12/22/08                   _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```